No. 09–10890. GOVIND v. LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10891. HOLT v. HETZELL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10892. SIMPSON v. CARUSO, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–10893. DENNIS v. CITY OF AVENTURA, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10899. BANKS v. JORDAN, SHERIFF, CAPE GIRARDEAU COUNTY, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–10900. JACKSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–10901. BAKER v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 09–10904. BLUESTEIN v. OREGON. Ct. App. Ore. Certiorari denied.

No. 09–10914. EDGE v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–10915. HARPER v. MCCALL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09–10919. GRAY v. MCCANN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 09–10920. FIELD v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 09–10922. GREEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10923. FOSTER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.